1

2

3

4

5

6

7          **UNITED STATES DISTRICT COURT**

8          **CENTRAL DISTRICT OF CALIFORNIA**

9              **WESTERN DIVISION**

10

11   DAVID KELLY,                          )        No.  CV 07-7442-GHK (AGR)
                                            )
12                    Petitioner,           )
                                            )        **JUDGMENT**
13        v.                                )
                                            )
14   T. FELKER, Warden,                     )
                                            )
15                    Respondent(s).        )
                                            )
16

17        Pursuant to the Order Adopting Magistrate Judge's Report and

18   Recommendation,

19        IT IS ADJUDGED that the petition in this matter is denied and dismissed with

20   prejudice.

21

22   DATED:   1/28/11         _____
                                      GEORGE H. KING
23                             UNITED STATES DISTRICT JUDGE

24

25

26

27

28